**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                                    Case No. _____

**PEREZ ACOSTA, DEBORAH L** _____        Chapter **13** _____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **8/24/2013** _____      ☐ AMENDED PLAN DATED: _____
    ☑ PRE ☐ POST-CONFIRMATION                                    Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **100.00** x **36** = $ **3,600.00**<br>$ _____ x _____ = $ _____<br>$ _____ x _____ = $ _____<br>$ _____ x _____ = $ _____<br>$ _____ x _____ = $ _____<br><br>TOTAL: $ **3,600.00**<br><br>Additional Payments:<br>$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:<br><br>☐ Sale of Property identified as follows:<br>_____<br>_____<br><br>☐ Other:<br>_____<br>_____<br><br>Periodic Payments to be made other than, and in addition to the above:<br>$ _____ x _____ = $ _____<br><br>PROPOSED BASE: $ **3,600.00** | A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____<br>B. SECURED CLAIMS:<br>☑ Debtor represents no secured claims.<br>☐ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☐ Trustee pays secured ARREARS:<br>Cr. _____ Cr. _____ Cr. _____<br>  # _____ # _____ # _____<br>  $ _____ $ _____ $ _____<br>2. ☐ Trustee pays IN FULL Secured Claims:<br>Cr. _____ Cr. _____ Cr. _____<br>  # _____ # _____ # _____<br>  $ _____ $ _____ $ _____<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. _____ Cr. _____ Cr. _____<br>  # _____ # _____ # _____<br>  $ _____ $ _____ $ _____<br>4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:<br>_____<br>5. ☐ Other:<br>_____<br>6. ☐ Debtor otherwise maintains regular payments directly to:<br>_____<br>C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.<br>1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____<br>            ☐ Paid 100% / ☐ Other: _____<br>Cr. _____ Cr. _____ Cr. _____<br>  # _____ # _____ # _____<br>  $ _____ $ _____ $ _____<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| **III. ATTORNEY'S FEES**<br>(Treated as § 507 Priorities)<br><br>Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____ | OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)<br>**FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).**<br><br>**ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.**<br><br>**TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.** |
| Signed:  **/s/ DEBORAH L PEREZ ACOSTA**<br>        Debtor<br><br>        _____<br>        Joint Debtor | |

Attorney for Debtor **Jose Prieto** _____        Phone: **(787) 607-2066**

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PEREZ ACOSTA, DEBORAH L**                                      Case No. _____

                            Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | **ANIBAL QUINONEZ E** | | |